USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 19 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :
                                          **INFORMATION**
       -v.-                    :
                                          18 Cr.
CENTRAL STATES CAPITAL         :
MARKETS, LLC,                  :

              Defendant.       :      18 CRIM 911
- - - - - - - - - - - - - - - - - x

**COUNT ONE**
**(Willful Failure to File a Suspicious Activity Report**
**In Violation of the Bank Secrecy Act)**

The United States Attorney charges:

1. From at least in or about 2012 up to and including in or about 2017, CENTRAL STATES CAPITAL MARKETS, LLC ("CSCM"), the defendant, did willfully fail to report suspicious transactions relevant to a possible violation of law or regulation as required by the Secretary of the Treasury, to wit, CSCM willfully failed to timely report suspicious banking activities of Scott Tucker, who used CSCM to launder millions of dollars of proceeds from an illegal payday lending scheme.

(Title 31, United States Code, Sections 5318 and 5322;
Title 31, Code of Federal Regulations, Section 1023.320.)

*Geoffrey S. Berman /S*
GEOFFREY S. BERMAN
United States Attorney