```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x           18 CRIM 911

UNITED STATES OF AMERICA,       :

          - v -                 :            18 Cr. ___

CENTRAL STATES CAPITAL          :
MARKETS, LLC,
                                :
          Defendant.
- - - - - - - - - - - - - - - - x
```

        The above-named defendant, who is accused of violating Title 31, United States Code, Sections 5318 and 5322, and Title 31, Code of Federal Regulations, Section 1023.320, being advised of the nature of the charges and of its rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                             _____
                                             Central States Capital Markets
                                             Defendant

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 1 9 2018
```

                                             _____
                                             Witness

                                             _____
                                             Dougal R. Jensen, Esq.
                                             Counsel for Defendant

Date:    New York, New York
         December 19, 2018