# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Case No. 1:18-cr-00911-JPO |
| CENTRAL STATES CAPITAL MARKETS, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Central States Capital Markets, LLC.

Date: 01/14/2019

/s/ Douglas R. Jensen
*Attorney's signature*

Douglas R. Jensen    DJ2634
*Printed name and bar number*

Park Jensen Bennett LLP
40 Wall Street, 41st Floor
New York, New York 10005

*Address*

djensen@parkjensen.com
*E-mail address*

(646) 200-6320
*Telephone number*

(646) 200-6321
*FAX number*